United States Court of Appeals
Fifth Circuit

**F I L E D**

**November 15, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

————————————————

No. 03-60688

————————————————

SHI PING HONG,

Petitioner,

versus

JOHN ASHCROFT, U.S. ATTORNEY GENERAL,

Respondent.

————————————————————————————————————

Petitions for Review from an Order of the
Board of Immigration Appeals
(BIA No.A77-775-238)

_____

Before REAVLEY, WIENER and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

The petitioner failed to prove that he is eligible for asylum.  The Immigration

Judge found no credible evidence that the petitioner suffered past persecution under

China's one-child policy.  PETITION DENIED.

———————————————

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion
should not be published and is not precedent except under the limited circumstances
set forth in 5TH CIR. R. 47.5.4.